**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2754**

———————

ANTONIO A. GUTLIFFE,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Chief
District Judge. (CA-95-123-7-F2)

———————

Submitted: June 19, 1997          Decided: June 26, 1997

———————

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Antonio A. Gutliffe, Appellant Pro Se.  Barbara Dickerson Kocher,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming a decision of the Commissioner of Social Security to deny a waiver to recovery of an overpayment of disability benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gutliffe v. Chater, Comm'r Soc. Sec., No. CA-95-123-7-F2 (E.D.N.C. Oct. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED